UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARUN RATTAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-196 |
| | ) | |
| KNOX COUNTY SHERRIF'S OFFICE, | ) | |
| OFFICER CHRISTOPHER BRADLEY and | ) | |
| KNOX COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This case came before the Court on the Motions to Dismiss filed by the Defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Arun Rattan take nothing, that Plaintiff's claims be **DISMISSED WITH PREJUDICE**, and that the Defendants recover of the Plaintiff their costs of action.

Dated at Knoxville, Tennessee, this __19th___ day of December 2012.

_____s/ Debra C. Poplin_____

Clerk of Court